389 A.2d 680

Commonwealth v. Henning, Appellant.

Submitted March 13, 1978. Robert Bruce Evanick, Assistant Public Defender, for appellant; Joseph Kleinfelter and Michael K. Worrall, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

389 A.2d 681

Commonwealth v. Jackson, Appellant.

Submitted June 13, 1977. Margaret M. Boyce, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.